Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Related DDJ

# UNITED STATES DISTRICT COURT
for the
Central District of California
Western Division



FILED
CLERK, U.S. DISTRICT COURT
1/10/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

Terrence C. Daniels

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Los Angeles
County Of Los Angeles
Los Angeles Superior Court
State Of California

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. CV23-202-SB(KS)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrence C. Daniels |
| Address | 233 S. La Fayette Park Pl #316 |
| | Los Angeles, CA 90057 |
| County | Los Angeles |
| Telephone Number | 310-877-2009 |
| E-Mail Address | terrencecdaniels@gmail.com |

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Los Angeles |
| Job or Title *(if known)* | |
| Address | 200 N. Main St Rm 800 |
| | Los Angeles, CA 90012 |
| County | Los Angeles |
| Telephone Number | 213-473-3231 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Los Angeles County Superior Court North Central District |
| Job or Title *(if known)* | |
| Address | 300 E. Olive Ave |
| | Burbank, CA 91502 |
| County | Los Angeles |
| Telephone Number | 818-260-8490 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: State Of California
- Job or Title *(if known)*:
- Address: 1300 I St
- City: Sacremento    State: CA    Zip Code: 95814
- County: Sacremento
- Telephone Number: 916-445-9555
- E-Mail Address *(if known)*:

☐ Individual capacity    ☒ Official capacity

Defendant No. 4
- Name: County of Los Angeles
- Job or Title *(if known)*:
- Address: 500 W. Temple St. Rm 648
- City: Los Angeles    State: CA    Zip Code: 90012
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

☐ Individual capacity    ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendments 4, 6 and 14. TITLE 18, U.S.C., SECTION 242, Intentional Infliction of Emotional Distress.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

TITLE 18, U.S.C., SECTION 242 Intentional Infliction Of Emotional Distress.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

April 2018 to Present

B. What date and approximate time did the events giving rise to your claim(s) occur?

April 18th, 2018 6:45pm, May 2018-01/11/2019, Present Day and time.

Ongoing Violations.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Statement Attached.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Knee Injury, Severe Emotional Distress, Anxiety, Insomnia, Depression, loss of Appetite, respiratory issues. I have been blocked from receiving any real medical treatment, seeing specialists or attorneys. I received some therapy that I believe was being unlawfully Surveilled.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm seeking Monetary Damages in excess of One Billion Dollars, Punitive Damages, Medical treatment, Restraining Orders, and Public Acknowledgement of thr harm done to me, A Public Apology and Social Program developed to Prevent snd Support future Victims of these kinds of Gross Govermental Abuses.

I have been subjected to the most egregious forms of Governmental Abuse of power, Had rights said to be inalienable, desecrated. Not feeling safe around those sworn to serve and protect, Having your privacy violated, you sources of employment taken. All while enduring physical and mental attacks, leaves one, irreparably damaged. This is not only a gross violation of my Civil Rights, but a deliberate dereliction of the oaths my predators swore. While no monetary amount or action can ever truly make me whole. The above demands will help restore my quality of live; It'll afford me the personal security, access to quality health and Leagal providers Needed to help undue some of the harm done. While hopefully, preventing such violations from reoccurring.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12/23/2022

Signature of Plaintiff

Printed Name of Plaintiff    Terrence C. Daniels

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*     *State*     *Zip Code*

Telephone Number
E-mail Address

UNITED ST ATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Terrence C. Daniels vs. City Of Los Angeles, County Of Los Angeles, Los Angeles County Superior Court, State of California
Attachment to Complaint:

On 4/18/2018, I was tailed from the City Streets of Burbank, Across two Freeways, to Glendale. Upon exiting I was pulled over by Burbank Police. I was pulled out of my Vehicle at Gun point.

My Wallet was removed from my persons, I asked what was going on and the officers refused to answer.  My wallet was taken from my persons, and I stated, " Until I know what's happening, I don't consent to any search or seizure of my Property." My requests were ignored and I was placed into a police Cruiser and taken to a Dark Parking Lot where I was detained, without being told I was being Detained. I sat in a Cruiser for approximately and hour before being informed that my Vehicle was reported stolen.

I presented evidence that proved otherwise. About fifteen minutes later, I was informed that I was under arrest and read my Miranda Rights.

Upon being Booked the Watch Commander filed a Complaint against the arresting officers and I was interviewed by Internal Affairs. As a result I received a letter of apology. I'm assuming officers were reprimanded. I was then forced to endure over nine months of pre-trial appearances, for a case that lacked evidentiary support to prove Criminal intent.

Since then I have been under constant scrutiny and harassed by State and Local Agencies and officials. From E-Mail and Device hacking, Loss Employment, Illegal Surveillance, I have been followed both in the Air and on the Ground, I have faced Slanderous statements about my mental health and Intentional Infliction of Emotional Distress Via False Terminal Medical Diagnosis. I have been deprived from obtaining Medical and Legal services to rectify these wrongs. I have been isolated from my friends and Family while all of this has gone on in attempts to cause more suffering and prevent anyone from witnessing.

I have been targeted with  an Automotive collision and prevented from receiving proper medical treatment. I have also been stopped from obtaining personal injury attorneys and had my insurance claims sabotaged.

My vehicles have been tampered, Parts taken, Parts replaced, Parts Damages, and insurance Claims blocked.

I have been harassed and triangulated by, The Los Angeles Fire Department on Several occasions, while trying to escape street and helicopter tails. I have also had several emergency call ignored.

The unlawful Acts committed against me, has caused severe Psychological Trauma and Stress. Agents representing the defendants intentionally caused me debilitating mental and physical anguish. Leaving me a lifetime of Mental and Physical Therapy. Furthermore, my overall quality of life has been intentionally debilitated by, public officials, blatantly acting outside of the color of the Law.

Lastly, I have overwhelming evidence and witnesses to support all allegations.

Request for Appointment of an Attorney
Daniels vs. City Of Los Angeles, et. Al

I'm requesting that the court appoint me an attorney, due to the intricacies of this case. Also, Per my complaint, I've been blocked from retaining legal counsel by agents of the Defendants.

Best,

Terrence C. Daniels