**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERRENCE C. DANIELS,** | ) NO. CV 23-00202 SB (KS) |
| **Plaintiff,** | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| **CITY OF LOS ANGELES, et al.,** | ) |
| **Defendants.** | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the August 7, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein.  The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: September 12, 2023

                                                   STANLEY BLUMENFELD, JR.
                                                 UNITED STATES DISTRICT JUDGE