JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRENCE C. DANIELS, | ) | NO. CV 23-00202 SB (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 12, 2023

                                                        _____
                                                        STANLEY BLUMENFELD, JR.
                                                  UNITED STATES DISTRICT JUDGE